Fill in this information to identify the case:

Debtor name: Flava Works, Inc.

United States Bankruptcy Court for the: Northern District of Illinois

Case number (if known): 21-08585

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | 933 W. Irving Park Corp<br>4444 W. Montrose<br>Chicago, IL 60641 | | Judgment Oct 17, 2019 | | | | $53,881.00 |
| 2 | A4A Reseau<br>530 rue Beaubien E<br>Montreal QC H2L 2W3 Canada, | | | Disputed | | | $81,958.72 |
| 3 | Illinois Department of Revenue<br>Bankruptcy Section<br>Bankruptcy Section, P.O. Box 19035<br>Springfield, IL 62794-9035 | | | | | | $43,423.90 |
| 4 | Internal Revenue Service SB/SE<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | | | | | | $723,675.50 |
| 5 | Marques Rondale Gunter d/b/a Myvidster.com<br>d/b/a Salsaindy LLC<br>, | | 17-CV-01171 | | | | $118,000.00 |
| 6 | Oscar Leiva<br>2132 W 23rd St<br>Chicago, IL 60608-4002 | | Judgement | | | | $53,301.10 |
| 7 | | | | | | | |
| 8 | | | | | | | |

Debtor  Flava Works, Inc.  Case number *(if known)*  21-08585
           Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | | | | | | |
| 10 | | | | | | |
| 11 | | | | | | |
| 12 | | | | | | |
| 13 | | | | | | |
| 14 | | | | | | |
| 15 | | | | | | |
| 16 | | | | | | |
| 17 | | | | | | |
| 18 | | | | | | |
| 19 | | | | | | |
| 20 | | | | | | |