In re: Flava Works, Inc )  Judge Donald R. Cassling
      Debtor(s) ) Chapter 11
) Case No. 21-08585

## AFFIDAVIT OF PHILLIP BLEICHER

1. The affiant is the sole stockholder of Flava Works, Inc.

2. The affiant is over eighteen (18) years of age.

3. The affiant retained Bryan Moore sometime in June 2021 to file a Chapter 11. But due to Mr. Moore's health issues the affiant did not meet with Mr. Moore until July 16, 2021.

4. Mr. Moore advised the affiant that the purpose of filing Chapter 11 was to give his corporation time to reorganize his business and his debts.

5. At no time were any scheduled prepared nor was a list of creditors given to Mr. Moore.

6. Mr. Moore never explained how a Chapter 11 works and only advised that some time after the case was filed that there would be a meeting with a trustee.

7. There was never a discussion on a plan of reorganization. Nor was there any discussion on the rights and obligation of a Debtor when a Chapter 11 was filed.

8. Mr. Moore never explained that Flava Works, Inc. could elect to proceed under Subsection V of Title 11 of the United States Bankruptcy Code.

9. On August 19, 2021, my new lawyers advised that there was an option under Subsection V of Title 11 of the United States Bankruptcy Code.

10. In short order the affiant realized that Flava Works, Inc. could develop a plan that would fit under Subsection V of Title 11 of the United States Bankruptcy Code.

11. On August 26, 2021, when meeting with my new lawyer the affiant requested that the Chapter 11 be changed to one under Subsection V of Title 11 of the United States Bankruptcy Code.

The Affiant sayeth no more.

Date: September 2, 2021

Signed: *[signature]*

Sworn to me this 2nd day of September 2021.

Notary Public *P.S. Chancellor*

> PORSCHE SMITH-CHANCELLOR
> Official Seal
> Notary Public - State of Illinois
> My Commission Expires May 11, 2024