UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re:<br>Flava Works, Inc<br><br><br><br><br>Debtor(s) | )<br>)<br>)<br>)<br>)<br>)<br>) | BK No.:  21-08585<br><br>Chapter:  11<br>Honorable Donald R. Cassling |

**ORDER APPROVING REDESIGNATION TO CHAPTER 11 SUBSECTION V**

THIS MATTER coming on the motion of Flava Works, Inc, due notice having been given and the Court being fully advised,

IT IS HEREBY ORDERED:

That this case be re-designated a case under Chapter 11 Subchapter V.

Enter: *Donald R. Cassling*

Honorable Donald R. Cassling
United States Bankruptcy Judge

Dated: September 14, 2021

**Prepared by:**

Christine B. Adans
Robert J. Adams & Associates
540 W. 35th Street
Chicago, IL 60616