# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS - EASTERN DIVISION

| | |
|---|---|
| In Re: | ) IN A CHAPTER 11 PROCEEDING |
| | ) |
| Flava Works, Inc | ) CASE NO. 21-08585 |
| Debtor(s) | ) |
| | ) JUDGE Donald R, Cassling |

## NOTICE OF OBJECTION

Debtor objections to the Motion to Dismiss Debtor filed on behalf of A4A Resau, Inc., on September 13, 2021 Docket Number 38. Scheduled for 9/21/2021 at 9:30 AM.

By /s/ Christine B. Adams
Robert J. Adams & Associates
540 W, 35th Street
Chicago, IL 60616
Phone 1-312-346-0100
Fax 1-312-346-6228
staff.rja@gmail.com