UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 21-08585 |
| Flava Works Inc. | ) | |
| | ) | Chapter: 11 |
| | ) | Honorable Donald R. Cassling |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

**Order Granting Unopposed Motion for A 7-Day Extension of Time to File Its Reply in Support of the Pending Motion to Dismiss**

    This case is before me on creditor and interested party A4A Reseau Inc.'s ("A4A") Unopposed Motion for a 7 Day Extension of time to File Its Reply in Support of the Pending Motion to Dismiss. The motion is hereby GRANTED. A4A shall file its Reply by November 23, 2021.

Enter: *Donald R. Cassling* (signature)

Honorable Donald R. Cassling
United States Bankruptcy Judge

Dated: November 23, 2021

**Prepared by:**

Bruce N. Menkes (#6187337)
John D. Fitzpatrick (#6277475)
MANDELL MENKES LLC
One North Franklin, Suite 3600
Chicago, Illinois 60606
Telephone: (312) 251-1000
Email: bmenkes@mandellmenkes.com
       jfitzpatrick@mandellmenkes.com