Form G-8

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In Re                                                     )
                                                                )
                                                                 )      Bankruptcy No. _____
                                                                 )
                                     Debtor.      )      Chapter                _____

**COVER SHEET FOR APPLICATION FOR PROFESSIONAL COMPENSATION**
**(IN CASES UNDER CHAPTERS 7, 11 AND 12)**

Name of Applicant: _____

Authorized to Provide Professional Services to: _____

Date of Order Authorizing Employment: _____

Period for Which Compensation is Sought:
From   _____, _____   through _____, _____

Amount of Fees Sought:    $_____

Amount of Expense Reimbursement Sought:    $_____

This is an:        Interim Application _____            Final Application _____

If this is *not* the first application filed herein by this professional, disclose as to all prior fee applications:

| Date Filed | Period Covered | Total Requested (Fees & Expenses) | Total Allowed (Fees & Expenses) | Fees & Expenses Previously Paid |
|---|---|---|---|---|

Dated: _____        _____
                                                                                                            (Counsel)

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE: ) | |
| ) | **CASE NO. 21-08585** |
| FLAVA WORKS, INC, ) | **Chapter 11, Subchapter V** |
| ) | |
| Debtor. ) | **Honorable Judge Donald R. Cassling** |

**NOTICE OF MOTION**

TO: See attached list

PLEASE TAKE NOTICE that on August 2, 2022 @ 10:00am. I will appear before the Honorable **Donald R. Cassling**, or any judge sitting in that judge's place, and present the motion of **FIRST AND FINAL APPLICATION FOR COMPENSATION OF SUBCHAPTER V TRUSTEE FOR THE DEBTOR AND REQUEST FOR AN EXPEDITED HEARING,** a copy of which is attached.

**This motion will be presented and heard electronically using Zoom for Government.** No personal appearance in court is necessary or permitted. To appear and be heard on the motion, you must do the following:

**To appear by video**, (1) use the link: https://www.zoomgov.com/; (2) Enter the meeting ID **161 414 7941**. (3) Enter Passcode: **619**

**To appear by phone**, (1) Call Zoom for Government at 1-669-254-5252 or 1-646-828-7666; (2) Enter the meeting ID **161 414 7941**. (3) Enter Passcode: **619**

**Meeting ID and password.** The meeting ID for this hearing is **161 414 7941** and the password is **619**. The meeting ID and password can also be found on the judge's page on the court's website.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing.

/s/ Matthew Brash
Subchapter V Trustee

MATTHEW BRASH
Newpoint Advisors Corporation
5600 N. River Road
Suite 800
Rosemont, Illinois 60018
(847) 404-7845
mbrash@newpointadvisors.us

## CERTIFICATE OF SERVICE

I, Matthew Brash, certify that I sent a copy of this notice and the attached motion on each entity shown on the attached list at the address shown and by the method indicated on the Service List before or on July 29, 2022.

/s/ Matthew Brash
Subchapter V Trustee

MATTHEW BRASH
Newpoint Advisors Corporation
5600 N. River Road
Suite 800
Rosemont, Illinois 60018
(847) 404-7845
mbrash@newpointadvisors.us

**SERVICE LIST**
SEE ATTACHED

2

```
Label Matrix for local noticing          (p)BLAISE & NITSCHKE  P C              Flava Works, Inc
0752-1                                   145 S WELLS STREET                     Flava Works, Inc.
Case 21-08585                            SUITE 1800                             POB 2495
Northern District of Illinois            CHICAGO IL 60606-5161                  Chicago, IL 60690-2495
Eastern Division
Mon Jul 25 16:28:06 CDT 2022

U.S. Bankruptcy Court                    933 W Irving Park Corp                 A4A Reseau
Eastern Division                         4444 W Montrose                        530 Rue Beaubien E
219 S Dearborn                           Chicago IL 60641-2083                  Montreal QC H2L 2W3 Canada
7th Floor
Chicago, IL 60604-1702

A4A Reseau, Inc.                         Aldo U Huitzil                         Department of the Treasury
Bruce Menkes, Mandell Menkes LLC         53 W Jackson Blvd                      Internal Revenue Service
1 N. Franklin Street                     Chicago IL 60604-3606                  P.O. Box 7346
Suite 3600                                                                      Philadelphia, PA 19101-7346
Chicago, IL 60606-3493


(p)ILLINOIS DEPARTMENT OF REVENUE        Internal Revenue Service SB/SE         (p)JOHN F  BRADLEY
BANKRUPTCY UNIT                          PO Box 7346                            ATTN BRADLEY LEGAL GROUP P A
PO BOX 19035                             Philadelphia PA 19101-7346             1217 E BROWARD BOULEVARD
SPRINGFIELD IL 62794-9035                                                       FORT LAUDERDALE FL 33301-2133


Marques Rondale Gunter and SalsaIndy LLC Neal, Gerber & Eisenberg               Oscar Leiva
c/o Neal, Gerber & Eisenberg LLP         2 N LaSalle St Ste 1700                2132 W 23rd St
Attn: Robert Radasevich                  Chicago IL 60602-4000                  Chicago IL 60608-4002
Two N. LaSalle Street, Suite 1700
Chicago, IL 60602-4000

Portratz & Associates                    Robert Radasevich                      Brian C Pedersen
30 N LaSalle St 3200                     Neal, Gerber & Eisenberg LLP           Robert J Adams & Associates
Chicago IL 60602-3349                    Two N. LaSalle Street, Suite 1700      540 W. 35th St
                                         Chicago, IL 60602-4000                 Chicago, IL 60616-3532

Bryan E Moore                            Christine B Adams                      Matthew Brash
Law Office of Bryan E. Moore, P. C.      Robert J Adams & Associates            Newpoint Advisors Corporation
2476 Meadowdale Lane                     540 W 35th Street                      5600 N. River Road
Woodridge, IL 60517-3955                 Chicago, IL 60616-3532                 Suite 800
                                                                                Rosemont, IL 60018-5166

Patrick S Layng                          Robert J Adams
Office of the U.S. Trustee, Region 11    Robert J Adams & Associates
219 S Dearborn St                        540 W. 35th St., Ste. 100
Room 873                                 Chicago, IL 60616-3532
Chicago, IL 60604-2027
```

                    The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
                    by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Blaise & Nitschke, P.C.                  Illinois Department of Revenue         (d)Illinois Dept of Revenue
145 S. Wells Street                      Bankruptcy Section, P.O. Box 19035     Bankruptcy Section
Suite 1800                               Springfield, IL 62794-9035             PO Box 19035
Chicago, IL 60606                                                               Springfield IL 62794
```

John F Bradley
1217 E Broward Blvd
Ft Lauderdale FL 33301

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)A4A Reseau, Inc.          (u)Marques Rondale Gunter          (u)SalsaIndy, LLC


(u)United States Of America  (u)Marques Rondale Gunter          End of Label Matrix
                             d/b/a Myvidster.com                Mailable recipients    22
                             d/b/a Salsaindy LLC                Bypassed recipients     5
                                                                Total                  27

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE: | ) |
| | ) CASE NO. 21-08585 |
| FLAVA WORKS, INC, | ) Chapter 11, Subchapter V |
| | ) |
| Debtor. | ) Honorable Judge Donald R. Cassling |

**FIRST AND FINAL APPLICATION FOR COMPENSATION OF
SUBCHAPTER V TRUSTEE FOR DEBTOR AND REQUEST FOR AN
<u>EXPEDITED HEARING</u>**

Matthew Brash, not individually, but solely in his capacity as the Subchapter V Trustee (the "<u>Trustee</u>") for the Debtor FLAVA WORKS, INC, ("<u>Debtor</u>") pursuant to Section 330 of the Bankruptcy Code, applies to this Court for an order approving the payment of fees in the amount of $7,227.50 plus expenses in the amount of $44.44 for services rendered from September 15, 2021 through July 22, 2022 and in support thereof state as follows:

**INTRODUCTION**

1. This Court has jurisdiction over this Application pursuant to 28 U.S.C. §157 and §1334. Venue is proper pursuant to 28 U.S.C. §§1408 and 1409. This matter is a core proceeding within the meaning of §157(b).

2. The basis for the requested relief is Section 330 of Title 11 of the United States Code (the "<u>Bankruptcy Code</u>" or the "Code"). FRBP 2016 and 9006(c)(1), and Rule 5082-1 of the Local Rules of the United States Bankruptcy Court for the Northern District of Illinois (the "<u>Local Rules</u>").

**BACKGROUND**

3. On July 17, 2021 (the "<u>Petition Date</u>"), the Debtor filed a voluntary petition for relief under Chapter 11, Subchapter V of the United States Bankruptcy Code.

2

4. Matthew Brash was appointed as Subchapter V Trustee on September 15, 2021 (Docket No. 43).

5. During the Application Period, as more specifically described below, the Trustee was actively engaged in various aspects of this bankruptcy case, which included meeting with the Debtor and Debtor's counsel regularly via regular conference calls; reviewing the Debtor's financial performance; discussing the Debtor's plan and amended of reorganization ("Plan") and prospect for filing and obtaining approval for a consensual Plan with Debtor's counsel and Debtor's creditors, notably any secured creditors; reviewing, commenting and discussing the Debtor's proposed Plan with Debtor's counsel; discussing the Debtor's prospects for reorganization with the Office of the United States Trustee; and attending hearings in this Court, the Initial Debtor Interview and 341 Meeting of Creditors with the Debtor, Debtor's Counsel and United States Trustee.

6. This case will be dismissed or converted on or around the August 2, 2022, hearing. Therefore, the Trustee requests an expedited hearing on his fees.

## REQUESTED RELIEF

7. Matthew Brash files this Application to be allowed as final compensation for work performed as Trustee during the Application period, and to authorize the Debtor to pay Matthew Brash the requested fees.

8. Attached as Exhibit A to this Application are the detailed chronological time entries by task of the Trustee describing the actual, necessary services rendered and time expended for work as Trustee during this Application period.

9. Attached as Exhibit B to this Application are the detailed expenses incurred by the Trustee during this Application period.

3

10. The Trustee's hourly rate is $295 per hour. The Trustee's time entries are also logged in the following categories: (A) Case Administration, (B) Fee Application, (C) and Plan and Disclosure Statement. While there are some categories which overlap in subject matter, there is no duplication of time entries between categories.

<strong><u>PROFESSIONAL SERVICES RENDERED</u></strong>

11. During the Application Period, and as more specifically presented in Exhibit A, the Trustee performed the following services:

<u>Category A: Case Administration: 18.0 Hours; $5,310.00 in Fees:</u>

This category includes the Trustee's review of filings including the Debtor's Bankruptcy Schedules, Monthly Operating Reports, budgets, Statement of Financial Affairs and all other pleadings filed; attending the Initial Debtor Interview, 341 Meeting of Creditors, court hearings and regular meetings and calls with the Debtor, Debtor's counsel and creditors to discuss the status of the case, specifically the filing of a consensual plan of reorganization on or before the 90-day deadline and amended plans as set by Debtor's Counsel and this Court.

<u>Category B: Fee Application: 2 Hours; $590.00 in Fees:</u>

This category consists of the Trustee's preparation of the First and Final Application for Compensation of Subchapter V Trustee for Debtor.

<u>Category C: Plan and Disclosure Statement: 4.5 Hours; $1,327.50 in Fees:</u>

This category includes the Trustee's review of the Debtor's plan via multiple telephone conferences with the Debtor's Counsel and attending hearings relating to the plan.

## APPROPRIATENESS OF FEES

12. The total amount of allowed fees sought by the Trustee for professional services in this Application is $7,227.50.

13. The professional services provided by the Trustee during the Application period were necessary and appropriate to guide the direction of the Debtor's case and were in the best interest of the Estate. In particular, the Trustee was in ongoing discussions with the Debtor and Debtor's counsel about their proposed plan (and amended plan) of reorganization. The Trustee also had regular discussions with various creditors regarding the Debtor's ability to present a feasible plan of reorganization and in the Trustee's best business judgment, creditors would most likely receive a greater distribution from a plan payment than a liquidation.

14. Compensation for the services provided by the Trustee is commensurate with the complexity, importance, and nature of the problems, issues and tasks involved. Matthew Brash undertook all reasonable efforts to ensure that the services provided were performed in an efficient manner, without duplication of effort.

15. The Trustee's fees and expenses billed were reasonable and represent the standard and customary billing rates in this area and the services rendered were necessary and beneficial to efforts to obtain confirmation of a plan of reorganization for the Debtor.

16. The Trustee's requested fees are awardable pursuant to Section 330 of the Bankruptcy Code as reasonable and necessary expenses incurred for the administration of the Estate.

**WHEREFORE**, Matthew Brash, Trustee requests entry of an order (i) allowing fees of $7,227.50 plus expenses in the amount of $44.44 for services rendered September 15, 2021 through July 22, 2022; (ii) authorizing the Debtor to immediately pay the Trustee allowed fees and

expenses in the amount of $7,271.94 at this time; and (iii) providing such other an further relief as is proper and just.

Date: July 29, 2022                                    /s/ Matthew Brash
                                                       Subchapter V Trustee

Matthew Brash
Newpoint Advisors Corporation
5600 N. River Road
Suite 800
Rosemont, Illinois 60018
(847) 404-7845
mbrash@newpointadvisors.us