**Detail Professional Time by Task**
**Matthew Brash, Subchapter V Trustee**
**(EXHIBIT "A")**

| Date | Activity Code | Description | Time | Rate | Value |
|---|---|---|---|---|---|
| 09/20/21 | Case Administration | Review of docket, review filings, general case administration | 1.0 | $ 295.00 | $ 295.00 |
| 09/22/21 | Case Administration | Attend 341 Meeting of Creditors | 1.2 | $ 295.00 | $ 354.00 |
| 09/27/21 | Case Administration | Review of docket and follow up documents | 0.4 | $ 295.00 | $ 118.00 |
| 10/06/21 | Case Administration | Review of cash flow model, corresponding financials, debtor's documents | 1.2 | $ 295.00 | $ 354.00 |
| 10/06/21 | Case Administration | Review of filing docket, history of file; review tax returns, schedules and MORs | 1.1 | $ 295.00 | $ 324.50 |
| 10/18/21 | Case Administration | Docket review and update | 0.2 | $ 295.00 | $ 59.00 |
| 10/25/21 | Case Administration | Docket review and update | 0.4 | $ 295.00 | $ 118.00 |
| 11/02/21 | Case Administration | Prep for hearing; attend court hearing | 0.7 | $ 295.00 | $ 206.50 |
| 11/05/21 | Case Administration | Call with debtor's counsel re: debtor's performance and ability to cash flow | 0.4 | $ 295.00 | $ 118.00 |
| 11/08/21 | Case Administration | Review of financials and MORs; what is necessary in an amended plan | 0.9 | $ 295.00 | $ 265.50 |
| 11/23/21 | Case Administration | Status hearing of case | 0.3 | $ 295.00 | $ 88.50 |
| 11/29/21 | Case Administration | Docket review and updates | 0.3 | $ 295.00 | $ 88.50 |
| 12/16/21 | Case Administration | Docket review and updates | 0.2 | $ 295.00 | $ 59.00 |
| 12/21/21 | Case Administration | Attend hearing and review of docket | 1.2 | $ 295.00 | $ 354.00 |
| 01/14/22 | Case Administration | Review of counsel retention agreement; clarification on contingency | 0.4 | $ 295.00 | $ 118.00 |
| 01/24/22 | Case Administration | Analysis of December 2021 monthly operating report | 0.1 | $ 295.00 | $ 29.50 |
| 02/15/22 | Case Administration | Update software with notes on current case status | 0.1 | $ 295.00 | $ 29.50 |
| 02/26/22 | Case Administration | Analysis of January 2022 monthly operating report | 0.1 | $ 295.00 | $ 29.50 |
| 02/28/22 | Case Administration | Docket update and review | 0.2 | $ 295.00 | $ 59.00 |
| 02/28/22 | Case Administration | Questions for Debtor and Debtor's counsel re: clarification of disbursements, receipts | 0.9 | $ 295.00 | $ 265.50 |
| 03/14/22 | Case Administration | Docket update and review | 0.3 | $ 295.00 | $ 88.50 |
| 03/28/22 | Case Administration | Docket update and review | 0.4 | $ 295.00 | $ 118.00 |
| 03/30/22 | Case Administration | Call and emails with debtor's counsel and creditors | 0.8 | $ 295.00 | $ 236.00 |
| 03/31/22 | Case Administration | Analysis of February 2022 monthly operating report | 0.2 | $ 295.00 | $ 59.00 |
| 04/19/22 | Case Administration | Prepare for and attend hearing | 0.8 | $ 295.00 | $ 236.00 |
| 04/22/22 | Case Administration | Analysis of March 2022 monthly operating report | 0.2 | $ 295.00 | $ 59.00 |
| 05/16/22 | Case Administration | Docket review and updates | 0.3 | $ 295.00 | $ 88.50 |
| 05/17/22 | Case Administration | Attend hearing re: Sub V status | 0.9 | $ 295.00 | $ 265.50 |
| 05/17/22 | Case Administration | Attend hearing on confirmation; case continued to June 21st; amended plan is due June 7th | 0.8 | $ 295.00 | $ 236.00 |
| 05/23/22 | Case Administration | Docket update and review | 0.2 | $ 295.00 | $ 59.00 |
| 06/24/22 | Case Administration | Analysis of previous monthly operating reports compared to amended-proposed plan | 1.8 | $ 295.00 | $ 531.00 |
| | **Case Administration Total** | | **18.0** | | **5,310.00** |
| 07/22/22 | Fee Application | Preparation of first and final fee application | 2.0 | $ 295.00 | $ 590.00 |
| | **Fee Application Total** | | **2.0** | | **590.00** |
| 10/05/21 | Plan and Disclosure Statement | Status hearing, follow up calls with debtor's counsel and UST re: plan | 0.9 | $ 295.00 | $ 265.50 |
| 12/10/21 | Plan and Disclosure Statement | Review and modify plan of reorganization | 0.8 | $ 295.00 | $ 236.00 |
| 04/06/22 | Plan and Disclosure Statement | Multiple calls and review of correspondence re: language for plan under section 5.1 for secured creditors | 0.5 | $ 295.00 | $ 147.50 |
| 06/07/22 | Plan and Disclosure Statement | Review of amended plan; discuss issues with IRS and creditors; feasibility of debtor to achieve plan projections | 0.9 | $ 295.00 | $ 265.50 |
| 06/10/22 | Plan and Disclosure Statement | Continued to review Debtor's Amended Plan of Reorganization; multiple calls and emails with creditors and IRS re: viability of plan | 1.4 | $ 295.00 | $ 413.00 |
| | **Plan and Disclosure Statement Total** | | **4.5** | | **1,327.50** |
| | | **Total** | **24.5** | | **$ 7,227.50** |
| | | **Average Blended Rate** | | | **$ 295.00** |