**Summary of Requested Reimbursement Of Expenses**
**Matthew Brash, Subchapter V Trustee**
**(Exhibit "B")**

| | | | |
|---|---|---|---:|
| 1. | Filing Fees | $ | - |
| 2. | Process Service Fees | $ | - |
| 3. | Witness Fees | $ | - |
| 4. | Court Reporter Fees and Transcripts | $ | - |
| 5. | Lien and Title Searches | $ | - |
| 6. | Photocopies | | |
| | (a) In-house copies (132 at 22 cents/page) | $ | 29.04 |
| | (b) Outside copies ($____) | $ | - |
| 7. | Postage | $ | 12.10 |
| 8. | Overnight Delivery Charges | $ | - |
| 9. | Outside Courier/Messenger Services | $ | - |
| 10. | Long Distance Telephone Charges | $ | - |
| 11. | Long Distance Fax Transmissions | | |
| | (copies at $1/page) | $ | - |
| 12. | Computerized Research | $ | - |
| 13. | Travel | $ | - |
| | (a) Mileage - Site Visit | $ | - |
| | (b) Tolls - Site Visit | $ | - |
| | (c) Meals ($_____) | | |
| 14. | Other Permissible Expenses (must specify and justify) | $ | 3.30 |
| | (a) Envelopes (22 at 15 cents) | | |
| | **Total Expense Reimbursement Requested** | **$** | **44.44** |