UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re:   )   BK No.: 21-08585
FLAVA WORKS, INC,   )
)   Chapter: 11
)   Honorable Donald R. Cassling
)
)
)
Debtor(s)   )

### ORDER GRANTING FIRST AND FINAL APPLICATION FOR COMPENSATION OF SUBCHAPTER V TRUSTEE FOR THE DEBTOR

THIS MATTER COMING ON TO BE HEARD before the Court on the First and Final Application for Compensation (the "Application") of Matthew Brash, not individually, but solely in his capacity as the Subchapter V Trustee (the "Trustee") for FLAVA WORKS, INC, for the entry of a first and final award of compensation,

IT IS HEREBY ORDERED:

The application is granted. Matthew Brash, Trustee, is awarded compensation in the amount of $7,227.50 for fees plus expenses of $44.44, for a total of $7,271.94.

Enter:

Honorable Donald R. Cassling
United States Bankruptcy Judge

Dated:  August 02, 2022

**Prepared by:**

Matthew Brash
Newpoint Advisors Corporation
5600 N. River Road
Suite 800
Rosemont, Illinois 60018
(847) 404-7845
mbrash@newpointadvisors.us