UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re: ) BK No.: 21-08585
FLAVA WORKS, INC., )
) Chapter: 11
) Honorable Donald R. Cassling
)
)
Debtor(s) )

## AGREED ORDER GRANTING UNITED STATES TRUSTEE'S MOTION TO CONVERT, OR IN THE ALTERNATIVE, DISMISS CHAPTER 11 CASE AND FOR OTHER RELIEF [ECF NO. 153]

This matter came before the Court on a hearing on the United States Trustee's Motion to Convert, or in the Alternative, Dismiss Chapter 11 Case and for Other Relief [ECF No. 153] (the "Motion to Dismiss"). On the record at the hearing held on July 26, 2022, Flava Works, Inc. (the "Debtor"), the Subchapter V Trustee Matthew Brash (the "Trustee"), the United States Trustee and creditors A4A Reseau, Inc. ("A4A"), the United States Of America and Marques Rondale Gunter and SalsaIndy, LLC ("Marques"), through their respective counsel, represented the following to this Court:

A. The Debtor, the Trustee, A4A, the United States of America, Marques and the United States Trustee agreed that sufficient cause existed to grant the Motion to Dismiss and dismiss the above-captioned bankruptcy case.

B. Marques represented that it worked out an arrangement for payment with the Debtor to exist after dismissal of this case.

C. A4A represented that it had discussed and hoped to continue discussing with the Debtor an arrangement for payment to exist after dismissal of this case.

D. Based on the representations made to this Court, the Debtor, the Trustee, A4A, the United States of America, Marques and the United States Trustee agreed that dismissal of the case rather than conversion would be in the best interests of the creditors.

Accordingly, it is hereby

ORDERED:

1. The Motion to Dismiss is granted as set forth herein.

2. The case is dismissed.

Enter: *Donald R. Cassling*

Honorable Donald R. Cassling
Dated:  August 02, 2022      United States Bankruptcy Judge

**Prepared by:**

Roman L. Sukley, Attorney
OFFICE OF THE U.S. TRUSTEE
219 S. Dearborn, Room 873
Chicago, Illinois  60604
(312) 886-3324