Form ntcdsm

**UNITED STATES BANKRUPTCY COURT**
*Northern District of Illinois*
*Eastern Division*
*219 S Dearborn*
*7th Floor*
*Chicago, IL 60604*

---

Case No.:  21−08585
Chapter:  11
Judge:  Donald R Cassling

In Re:
   Flava Works, Inc
   Flava Works, Inc.
   POB 2495
   Chicago, IL 60690−2495

Social Security / Individual Taxpayer ID No.:

Employer Tax ID / Other nos.:
   20−1837527

---

**NOTICE OF DISMISSAL**

You are hereby notified that an Order Dismissing the above case was entered on August 2, 2022

 

FOR THE COURT

Dated: August 3, 2022                              Jeffrey P. Allsteadt , Clerk
                                                     United States Bankruptcy Court