Form ntcdsm

**UNITED STATES BANKRUPTCY COURT**
*Northern District of Illinois*
*Eastern Division*
*219 S Dearborn*
*7th Floor*
*Chicago, IL 60604*

Case No.: 21−08585
Chapter: 11
Judge: Donald R Cassling

In Re:
　Flava Works, Inc
　Flava Works, Inc.
　POB 2495
　Chicago, IL 60690−2495

Social Security / Individual Taxpayer ID No.:

Employer Tax ID / Other nos.:
　20−1837527

**NOTICE OF DISMISSAL**

You are hereby notified that an Order Dismissing the above case was entered on August 2, 2022

FOR THE COURT

Dated: August 3, 2022

Jeffrey P. Allsteadt , Clerk
United States Bankruptcy Court

United States Bankruptcy Court

Northern District of Illinois

In re: Case No. 21-08585-DRC

Flava Works, Inc  Chapter 11

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1      User: admin      Page 1 of 2
Date Rcvd: Aug 03, 2022      Form ID: ntcdsm      Total Noticed: 13

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 05, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Flava Works, Inc, Flava Works, Inc., POB 2495, Chicago, IL 60690-2495 |
| aty | ++ | BLAISE & NITSCHKE P C, 145 S WELLS STREET, SUITE 1800, CHICAGO IL 60606-5161 address filed with court:, Blaise & Nitschke, P.C., 145 S. Wells Street, Suite 1800, Chicago, IL 60606 |
| aty | + | Brian C Pedersen, Robert J Adams & Associates, 540 W. 35th St, Chicago, IL 60616-3532 |
| 29471170 | + | 933 W Irving Park Corp, 4444 W Montrose, Chicago IL 60641-2083 |
| 29471171 | | A4A Reseau, 530 Rue Beaubien E, Montreal QC H2L 2W3 Canada |
| 29506086 | + | A4A Reseau, Inc., Bruce Menkes, Mandell Menkes LLC, 1 N. Franklin Street, Suite 3600, Chicago, IL 60606-3493 |
| 29471172 | + | Aldo U Huitzil, 53 W Jackson Blvd, Chicago IL 60604-3606 |
| 29502180 | + | Marques Rondale Gunter and SalsaIndy LLC, c/o Neal, Gerber & Eisenberg LLP, Attn: Robert Radasevich, Two N. LaSalle Street, Suite 1700, Chicago, IL 60602-4000 |
| 29471177 | + | Neal, Gerber & Eisenberg, 2 N LaSalle St Ste 1700, Chicago IL 60602-4000 |
| 29502179 | + | Robert Radasevich, Neal, Gerber & Eisenberg LLP, Two N. LaSalle Street, Suite 1700, Chicago, IL 60602-4000 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| aty | Email/Text: info@blaisenitschkelaw.com | Aug 03 2022 22:19:00 | Blaise & Nitschke, P.C., 145 S. Wells Street, Suite 1800, Chicago, IL 60606 |
| 29635227 | EDI: IRS.COM | Aug 04 2022 02:23:00 | Department of the Treasury, Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 29471173 | Email/Text: rev.bankruptcy@illinois.gov | Aug 03 2022 22:20:00 | Illinois Dept of Revenue, Bankruptcy Section, PO Box 19035, Springfield IL 62794 |
| 29471175 | Email/Text: jb@bradlegal.com | Aug 03 2022 22:19:00 | John F Bradley, 1217 E Broward Blvd, Ft Lauderdale FL 33301 |

TOTAL: 4

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 29471176 | | Marques Rondale Gunter, d/b/a Myvidster.com, d/b/a Salsaindy LLC |
| 29499701 | *P++ | ILLINOIS DEPARTMENT OF REVENUE, BANKRUPTCY UNIT, PO BOX 19035, SPRINGFIELD IL 62794-9035, address filed with court:, Illinois Department of Revenue, Bankruptcy Section, P.O. Box 19035, Springfield, IL 62794-9035 |
| 29471174 | *+ | Internal Revenue Service SB/SE, PO Box 7346, Philadelphia PA 19101-7346 |
| 29471178 | ##+ | Oscar Leiva, 2132 W 23rd St, Chicago IL 60608-4002 |
| 29471179 | ##+ | Portratz & Associates, 30 N LaSalle St 3200, Chicago IL 60602-3349 |

TOTAL: 1 Undeliverable, 2 Duplicate, 2 Out of date forwarding address

| District/off: 0752-1 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Aug 03, 2022 | Form ID: ntcdsm | Total Noticed: 13 |

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 05, 2022             Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 3, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Bruce Menkes | on behalf of Creditor A4A Reseau  Inc. bmenkes@mandellmenkes.com, docket@mandellmenkes.com |
| Bryan E Moore | on behalf of Debtor 1 Flava Works  Inc bemoore@bemesq.com, lynn@oflaherty-law.com |
| Christine B Adams | on behalf of Debtor 1 Flava Works  Inc robertjadamsbk@jubliee.net |
| David DeCelles | on behalf of Creditor United States Of America david.decelles@usdoj.gov |
| Matthew Brash | mbrash@newpointadvisors.us  I003@ecfcbis.com |
| Patrick S Layng | USTPRegion11.ES.ECF@usdoj.gov |
| Robert Radasevich | on behalf of Creditor Marques Rondale Gunter rradasevich@nge.com  ewilson@nge.com,ecfdocket@nge.com |
| Robert J Adams | on behalf of Debtor 1 Flava Works  Inc RobertJAdams@jubileebk.net, bankruptcy714@gmail.com |
| Roman Sukley | on behalf of U.S. Trustee Patrick S Layng USTPRegion11.es.ecf@usdoj.gov  roman.l.sukley@usdoj.gov |

TOTAL: 9