UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION

In re: FLAVA WORKS, INC | Case No. 21-08585
| CHAPTER 11

Debtor(s)

Chapter 11 Subchapter V Trustee's Report of No Distribution

I, *Matthew Brash*, having been appointed trustee of the estate of the above-named debtor(s), report I collected funds totaling: $0.00. The case was dismissed (or converted, as applicable) with no plan confirmed and no plan payments made to the trustee. Pursuant to 28 U.S.C. 586(e)(5) [or 11 U.S.C. § 330(a), as applicable], on August 2, 2022 the Court ordered compensation of $7,271.94 be awarded to the trustee. These funds have not yet been paid by the debtor to the trustee. I hereby certify that the estate of the above-named debtor(s) has been fully administered through the date of dismissal (or conversion, as applicable). I request that I be discharged from any further duties as trustee.

Date: August 31, 2022           By: _____
                                                    Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-11(v)-NDR C**